NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LORICO S. EDWARDS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3236

---

Petition for review of the Merit Systems Protection Board in case no. SF0752110678-I-1.

---

**ON MOTION**

---

# ORDER

The Department of Defense moves to recaption to name the Merit Systems Protection Board as respondent. Lorico S. Edwards opposes.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here,

the Board dismissed Edwards' appeal for lack of jurisdiction. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

FEB 0 9 2012                         /s/ Jan Horbaly
_____                      _____
Date                                 Jan Horbaly
                                     Clerk

cc:  Lorico S. Edwards
     William P. Rayel, Esq.
     James M. Eisenmann, Esq.                    FILED
                                        U.S. COURT OF APPEALS FOR
s21                                        THE FEDERAL CIRCUIT

                                         FEB 0 9 2012

                                          JAN HORBALY
                                             CLERK